# Exhibit 3

# PATENT ASSIGNMENT

WHEREAS Eugenia Judy Chen from Burbank, California, is the inventor, owner ("Assignor") of and entitled to the entire right, title and interest in and to United States Design Patent Number D806,325 S for a PET COSTUME (the "'325 Patent"); and

WHEREAS Assignor elects and agrees to transfer and assign the '325 Patent, for a PET COSTUME to PANDALOON LLC a Limited Liability Company with its business address at 1020 B St., Ramona, California 92065, United States ("Assignee");

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby assigns and transfers, and by these presents does assign and transfer unto said Assignee, the full and exclusive right in the United States of the entire right, title and interest in and to the '325 Patent in the United States and its territorial possessions and in and to any and all divisions, reissues, continuations and extensions thereof; as well as the right to sue for all infringements past, present and future, and to recover and collect for damages and profits for any and all such infringements.

Assignor and Assignee hereby authorize and request the Patent Office Officials in the United States to assign and record the assignment of any, and all rights of the '325 Patent, to PANDALOON LLC as the assignee of the entire right, title, and interest in and to the same, her successors and assigns.

IN WITNESS WHEREOF, the parties have caused this Patent Assignment Agreement to be executed on their behalf by a duly authorized officer as of the date below written.

*Eugenia Chen*
_____
Eugenia Judy Chen
**Assignor**

Date: 05/09/2025
_____

*Eugenia Chen*
_____
Name and Position: Eugenia Judy Chen
Chief Executive Officer (CEO)
PANDALOON LLC
**Assignee**

Date: 05/09/2025
_____