# Exhibit

# 4

**U.S. Design Patent No. D806,325 S**
**PET COSTUME**
**Claim Chart**

<u>Note:</u> *For the purpose of supporting Plaintiff's design patent infringement claims, the right column displays photos of a sample of Defendants' infringing products, and the left column shows Plaintiff's Figures 1 through 5 and Figure 8, which illustrate the claimed design in U.S. Design Patent No. D806,325 S infringed by those products.*

| Design Patent Claimed | Infringing Product |
|---|---|
|  | |

FIG. 1

FIG. 2



FIG. 3



FIG. 4



FIG. 5





FIG. 8