# EXHIBIT A

| Merchant Name | Seller ID | Infringement can be seen at: | Description of Trademark Infringement | Description of Design Patent Infringement |
|---|---|---|---|---|
| Hefei Longnew Pet Products Co., Ltd. | N/A | Chen Decl. Exhibit 1 at pg. 4 | N/A | Visible in product photos. |
| Kunshan Zhongru Pet Products Co.,Ltd | N/A | Chen Decl. Exhibit 1 at pg. 8 | N/A | Visible in product photos. |
| LISM Pet Supplies & Pet Store | 1104740502 | Chen Decl. Exhibit 1 at pg. 11 | N/A | Visible in product photos. |
| MenQI Store | 1104702702 | Chen Decl. Exhibit 1 at pg. 15 | N/A | Visible in product photos. |
| My Pet Clothing Store | 1104632664 | Chen Decl. Exhibit 1 at pg. 19 | N/A | Visible in product photos. |
| Puppy Colorful Store | 912152548 | Chen Decl. Exhibit 1 at pg. 23 | N/A | Visible in product photos. |
| Shop1104760661 Store | 1104760661 | Chen Decl. Exhibit 1 at pg. 27 | N/A | Visible in product photos. |
| YouMe Store Store | 1102893928 | Chen Decl. Exhibit 1 at pg. 31 | N/A | Visible in product photos. |
| DayoneShop | A23SUMST9IQBG2 | Chen Decl. Exhibit 1 at pg. 35 | N/A | Visible in product photos. |
| kisuin | A3CS6Y9AMOAQQY | Chen Decl. Exhibit 1 at pg. 38, 40 | Visible in product photos, the word "Panda" | Visible in product photos. |
| MANON ROSA (Delivery 7-18 days) | A1Y5WWLO5NBM7B | Chen Decl. Exhibit 1 at pg. 43 | Panda in listing photos | Visible in product photos. |
| Plauere-us | AEQ3SCMWHJID8 | Chen Decl. Exhibit 1 at pg. 46 | Visible in product photos, the word "Panda" | Visible in product photos. |
| Sister Amy | A1L6OCONEWMNTB | Chen Decl. Exhibit 1 at pg. 49, 51 | Panda in listing photos | Visible in product photos. |
| guangzhouyichongmaoyiyouxiangongsi | A2LY4AJ4RHTZJB | Chen Decl. Exhibit 1 at pg. 55 | N/A | Visible in product photos. |
| kong09 | 21614661 | Chen Decl. Exhibit 1 at pg. 58 | Panda in listing photos | Visible in product photos. |
| MG-efforts | mg-efforts | Chen Decl. Exhibit 1 at pg. 61 | Panda in listing photos | Visible in product photos. |
| mintam_59 | mintam59 | Chen Decl. Exhibit 1 at pg. 65 | Panda in listing photos | Visible in product photos. |