UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

PANDALOON LLC,

        Plaintiff,

v.

HEFEI LONGNEW PET PRODUCTS CO., LTD., *et. al.*,

        Defendants.

Case No.: 1:25-cv-10191

## ACKNOWLEDGEMENT OF SERVICE TO MARKETPLACES

I certify and declare that I am over the age of 18 years, employed in Palm Beach County and an attorney for Plaintiff, PANDALOON LLC, in the above-captioned action.

On December 15, 2025, I served the Temporary Restraining Order entered in this case (ECF No. 13) on the third-party marketplaces by emailing a copy of the TRO to the third-party marketplaces Alibaba, AliExpress, Amazon, DHGate, and eBay, pursuant to the TRO and this Court's Order at ECF No. 15.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 17, 2025

        Respectfully submitted,

        */s/ Rachel I. Kaminetzky*
        RACHEL I. KAMINETZKY
        New York Bar Number: 6030647
        rachel.kamientzky@sriplaw.com
        JOEL B. ROTHMAN
        New York Bar Number: 2459576
        joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
41 Madison Avenue
25th Floor
New York, NY 10010
646.517.3609 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Pandaloon LLC*