UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

PANDALOON LLC,

       Plaintiff,

v.

HEFEI LONGNEW PET PRODUCTS CO., LTD., *et. al.*,

       Defendants.

Case No.: 1:25-cv-10191

## ACKNOWLEDGEMENT OF NOTICE TO DEFENDANTS OF THE ORDER RESCHEDULING THE PRELIMINARY INJUNCTION HEARING

I certify and declare that I am over the age of 18 years, employed in New York and an attorney for Plaintiff, PANDALOON LLC, in the above-captioned action.

On January 6, 2026, I provided notice to Defendants: Hefei Longnew Pet Products Co., Ltd., Kunshan Zhongru Pet Products Co.,Ltd., LISM Pet Supplies & Pet Store, MenQI Store, My Pet Clothing Store, Puppy Colorful Store, Shop1104760661 Store, YouMe Store Store, DayoneShop, kisuin, Plauere-us, Sister Amy, guangzhouyichongmaoyiyouxiangongsi, kong09, MG-efforts, and mintam_59 of the Order Rescheduling the Preliminary Injunction hearing entered in this case, by emailing a copy of the Order via the e-mail addresses provided by the relevant third party marketplaces pursuant to the TRO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 7, 2026

                                              Respectfully submitted,

                                              */s/ Rachel I. Kaminetzky*
                                              RACHEL I. KAMINETZKY

New York Bar Number: 6030647
rachel.kaminetzky@sriplaw.com
JOEL B. ROTHMAN
New York Bar Number: 2459576
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
41 Madison Avenue
25th Floor
New York, NY 10010
646.517.3609 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Pandaloon LLC*